UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRYSTAL WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-154-JWD-RLB** |
| **EXXON MOBIL CORPORATION AND CHARLES GIL, JR.** | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on June 9, 2016.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRYSTAL WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-154-JWD-RLB** |
| **EXXON MOBIL CORPORATION AND CHARLES GIL, JR.** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court *sua sponte* regarding Plaintiff's failure to serve the defendant Charles Gil, Jr. within the time limitations provided by Rule 4(m) of the Federal Rules of Civil Procedure.

Plaintiff initiated this discrimination action in state court on or about January 28, 2015, naming as defendants Exxon Mobil Corporation ("Exxon") and Charles Gil, Jr. (R. Doc. 1-2). On March 13, 2015, Exxon removed the action, representing that Mr. Gil was not served process prior to removal. (R. Doc. 1).  On April 26, 2016, the Court dismissed Exxon Mobil Corporation as a defendant in this action with prejudice. (R. Doc. 16).  A review of the Court's Docket Sheet reflects there is no service return in the record for Mr. Gil, the only remaining named defendant.[1]

At the time of removal, Rule 4(m) of the Federal Rules of Civil Procedure provided that "[i]f a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time."[2]  The referenced Rule further

---

[1] Plaintiff has moved to amend the Petition to name Zachry Industrial, Inc. ("Zachry") as a new employer-defendant, while still asserting claims against Exxon and Mr. Gil. (R. Doc. 14; R. Doc. 14-1).  Zachry made an appearance as an interested party and opposes the motion to amend. (R. Doc. 18). Plaintiff has filed a Reply. (R. Doc. 20).
[2] Rule 4(m) now requires service within 90 days after the complaint is filed.

1

provides that the Court "must extend the time for service for an appropriate period" if the plaintiff is able to show good cause for his failure.

On May 17, 2016, the Court issued an Order requiring Plaintiff to show cause, in writing, why her claims asserted against Charles Gil, Jr. should not be dismissed because of her failure to serve that defendant within the time allowed by Rule 4(m). (R. Doc. 19). The Court provided Plaintiff with fourteen (14) days to file a written response to the Order. The Court warned Plaintiff that failure to file a written response to the Order within the time allowed may result in the dismissal of her claims against this defendant without further notice from the court.

As of the date of this Report and Recommendation, Plaintiff has not shown cause, in writing, why her claims asserted against Charles Gil, Jr. should not be dismissed because of her failure to serve that defendant within the time allowed by Rule 4(m).[3]

In light of the foregoing,

**IT IS RECOMMENDED** that, pursuant to Local Rule 41(b)(1)(A), Plaintiff's claims against defendant Charles Gil, Jr. be dismissed, without prejudice, for failure to effect service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana, on June 9, 2016.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[3] On June 1, 2016, Plaintiff filed a Reply in support of her motion for leave to amend to name Zachry as a new defendant. (R. Doc. 20). The Court has reviewed this brief, and it makes no mention of why Plaintiff has not served defendant Charles Gil, Jr.

2