UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CRYSTAL WILLIAMS**

**VERSUS**

**EXXON MOBIL CORPORATION
AND CHARLES GIL, JR.**

**CIVIL ACTION**

**NO. 15-154-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the

Magistrate Judge's Report filed on June 9, 2016, to which no objection was filed:

**IT IS ORDERED** that, pursuant to Local Rule 41(b)(1)(A), Plaintiff's claims against

defendant Charles Gil, Jr. are dismissed, without prejudice, for failure to effect service pursuant to

Rule 4(m) of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana, on August 22, 2016.

_____

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**